COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ROSA SERRANO AND TLP-EPL | | No. 08-11-00190-CV |
| ENTERPRISES, INC. D/B/A THE LENS | § | |
| FACTORY, | | Appeal from the |
| | § | |
| Appellants, | | 383rd District Court |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| FRANCIS PROPERTIES I, LTD, | | (TC# 2010-4620) |
| | § | |
| Appellee. | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of prosecution. Finding that Appellants have not filed a brief or a motion for extension of time, we dismiss the appeal.

This Court possesses the authority to dismiss an appeal for want of prosecution when the Appellant has failed to file his brief in the time prescribed, and gives no reasonable explanation for such failure. TEX. R. APP. P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App. – San Antonio 1998, no writ).

On September 12, 2011, the Clerk of the Court notified Appellants that their brief was past due and no motion for extension of time to file a brief had been received. The Clerk also informed the parties of the Court's intent to dismiss the appeal for want of prosecution unless, within ten days of the notice, a party responded showing grounds to continue the appeal. No response has been received as of this date. We dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Also pending before this Court is Appellants' motion to consolidate appeals. Having

dismissed Appellants' appeal in this case, Appellants' motion to consolidate appeals is now moot.

Consequently, the motion is denied as moot.


                                        GUADALUPE RIVERA, Justice

November 2, 2011

Before McClure, C.J., Rivera, J., and Antcliff, J.